

# Fourth Court of Appeals
## San Antonio, Texas

February 19, 2020

No. 04-20-00066-CV

**IN THE INTEREST OF A.R., M.R., K.G.D.R., CHILDREN**,

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-PA-00255
Honorable Linda A. Rodriguez, Judge Presiding

# O R D E R

On January 30, 2020, appellant filed a notice of appeal stating her intent to appeal a final decree of termination signed on January 13, 2020. The clerk's record was filed on February 7, 2020. Although the clerk's record contains the judge's notes, the clerk's record does not contain an order terminating appellant's parental rights. *See In re L.H.*, No. 04-13-00174-CV, 2013 WL 3804585, at *1 (Tex. App.—San Antonio July 17, 2013, no pet.) (noting judge's notes do not constitute a final order) (mem. op.). In response to this court's inquiry, the trial court clerk confirmed the trial court has not signed a final order. "[A]n appeal may be prosecuted only from a final judgment." *N.E. Indep. Sch. Dist. v. Aldridge*, 400 S.W.2d 893, 895 (Tex. 1966). Because no final order has been entered in the underlying case, appellant is ORDERED to show cause in writing within ten days from the date of this order why this appeal should not be dismissed for lack of jurisdiction.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of February, 2020.

_____
Michael A. Cruz,
Clerk of Court